**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

In re:
DOUGLAS WADLEY

Debtor(s).

Bankruptcy No. 16-41393
R.S. No.: ETL- 1579
Hearing Date: August 31, 2016
Time: 1:30 p.m.

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: May 20, 2016                Chapter: **13**

Prior Hearings on this obligation:            Last Day to File §523/§727 Complaints: **8/22/2016**

(B) Description of personal property collateral: N/A
   Secured Creditor  [ ]  or lessor [ ]
   Fair market value: $_____        Source of value: _____
   Contract Balance: $_____         Pre-Petition Default: $_____
   Monthly Payment: $_____          No. of months: _____
   Insurance Advance: $_____        Post-Petition Default: $_____
                                               No. of months: _____

(C) Description of real property collateral: Duplex/Multi-unit building, Richmond, CA
   465 479 35th Street, Richmond, California 94805
   Fair market value:   $556,242.00           Source of value:     Scheduled Value
                                              If appraisal, date:  _____

   Moving Party's position (first trust deed, second, abstract, etc.): **First trust deed.**

   Approx. Bal.  $383,441.18                  Pre-Petition Default:   $76,300.84
   As of (date): July 15, 2016                No. of months:          28
   Mo. payment:  $2,554.52                    Post-Petition Default:  $5,109.04
   Notice of Default (date): April 22, 2015   No. of months:          2
   Notice of Trustee's Sale: August 7, 2015   Advances Senior Liens:  $
   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payments | Defaults |
|---|---|---|---|
| 1st Trust Deed: Movant | $383,441.18d | $2,554.52 | $81,409.88 |
| 2nd Trust Deed _____ | $_____ | $_____ | $_____ |
| _____ | $_____ | $_____ | $_____ |
|  | $_____ | $_____ | $_____ |
| (Total) | $383,441.18 | $2,554.52 | $81,409.88 |

(D) Other pertinent information:
[X] No loan modification prior to bankruptcy and/or prior to the date the motion is filed.
[X] Pursuant to 11 U.S.C. § 362(d)(4), the Debtor's bankruptcy case was filed as part of a scheme to delay, hinder or defraud creditors that involved a purported transfer of interest in the Property to the Debtor: Debtor is the purported beneficiary of the purported Second Deed of Trust.

Dated: August 16, 2016                        */s/ Erica T. Loftis*
                                              Signature

                                              Erica T. Loftis

1