1   Mark D. Estle, SBN 135004
    Erica T. Loftis, SBN 259286
2   Kristen C. Kish, SBN # 295194
    Buckley Madole, P.C.
3   12526 High Bluff Drive, Suite 238
    San Diego, CA 92130
4   Telephone: 858-720-0890
    Fax: 858-720-0092
5   Mark.Estle@BuckleyMadole.com
    Erica.Loftis@BuckleyMadole.com
6   Kristen.Kish@BuckleyMadole.com

7   Attorneys for Wells Fargo Bank, N.A.

8

9                   UNITED STATES BANKRUPTCY COURT

10      FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

11

12  In re:                                Case No. 16-41393
                                          Chapter 13
13                                        R.S. No.: ETL - 1579
    DOUGLAS WADLEY                        **DECLARATION IN SUPPORT OF MOTION**
14                                        **FOR IN REM RELIEF FROM AUTOMATIC**
                                          **STAY**
15                                        <u>Hearing</u>:
                                          Date:   August 31, 2016
16                                        Time:   1:30 p.m.
                                          Place:  Courtroom 201
17                                                 1300 Clay Street, 2nd floor
                                                   Oakland, CA 94612
18
                                  Debtor,
19

20      1.   I, Tiffany Pompey, am a Vice President, Loan Documentation of Wells Fargo Bank, N.A.

21  ("Wells Fargo") ("Movant"), the Movant in this action and I have the authority to sign this declaration

22  and state the following:

23      2.   As part of my job responsibilities for Wells Fargo, I have personal knowledge of and    am

24  familiar with the types of records maintained by Wells Fargo in connection with the account that is the

25  subject of the Motion (the "Account") and the procedures for creating those types of records.  I have

26  access to and have reviewed the books, records and files of Wells Fargo that pertain to the Account and

27  extensions of credit given to the Debtor(s) concerning the property securing such Account.

28      3.   The information in this declaration is taken from Wells Fargo's business records regarding the

MOTION FOR RELIEF                         9                                    7879-N-3508
FROM AUTOMATIC STAY

persons with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; and (b) kept in the course of Wells Fargo's regularly conducted business activities. It is the regular practice of Wells Fargo to create and maintain such records.

4.    Douglas Wadley ("Debtor") has executed and delivered or is otherwise obligated with respect to the attached Note referenced in the Motion (the "Debt Agreement"). Pursuant to the attached Deed of Trust referenced in the Motion (the "Deed of Trust"), all of the Debtor's obligations under and with respect to the Debt Agreement and the Deed of Trust are secured by the property referenced in the Motion ("Property"). Pursuant to the merger documents, the Deed of Trust has been assigned to Wells Fargo Bank, NA. Copies of the Debt Agreement, Deed of Trust, and Merger documents are filed herewith as **Exhibits A**, **B**, and **C**, respectively.

5.  **Contractual delinquency:** The Debtor is contractually due for the March 15, 2014 mortgage payment. The payments due and remaining unpaid since March 15, 2014 are as follows:

| | |
|---|---|
| 11 regular payments at $2,553.37 each: | $28,087.07 |
| 7 regular payments at $2,511.86 each: | $17,583.02 |
| 5 regular payments at $2,591.64 each: | $12,958.20 |
| 4 regular payments at $2,545.73 each: | $10,182.92 |
| 2 regular payments at $2,554.52 each: | $5,109.04 |
| Total contractual delinquency: | $73,920.25 |

A true and correct copy of the contractual payment history that accurately reflects the dates and amounts of all payments due is attached as **Exhibit D**.

6.  The timing and or amount of payment changes is a result of the loan being an Adjustable Rate Mortgage Note. Wells Fargo caused written notice of these changes to the Debtor.

7.  The following documents are attached as exhibits and incorporated herein by reference:

(a) Attached hereto as Exhibit A is a true and correct copy of the Debt Agreement (Note).

(b) Attached hereto as Exhibit B is a true and correct copy of the Deed of Trust.

(c) Attached hereto as Exhibit C is a true and correct copy of the Merger Documents of the Deed of Trust.

Case: 16-41393    Doc# 33-3    Filed: 08/16/16    Entered: 08/16/16 14:34:18    Page 2 of 3

1          (d) Attached hereto as Exhibit D is a true and correct copy of the Contractual Payment

2      History

3          I hereby declare under penalty of perjury under the laws of the United States of America that the

4  foregoing is true and correct. Executed this 26th day of <u>July</u>, 2016 at <u>Fort Mill</u>, <u>South Carolina</u>.

5

6                         Tiffany Pompey

7                         Vice President Loan Documentation

8                         Wells Fargo Bank, N.A.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  Mark D. Estle, SBN 135004
    Mark.Estle@BuckleyMadole.com

28  Erica T. Loftis, SBN 259286
    Erica.Loftis@BuckleyMadole.com

MOTION FOR RELIEF              11                        7879-N-3508
FROM AUTOMATIC STAY