Mark D. Estle, SBN 135004
Mark.Estle@BuckleyMadole.com
Erica T. Loftis, SBN 259286
Erica.Lofts@BuckleyMadole.com
**Buckley Madole, P.C.**
301 E. Ocean Blvd, Suite 1720
Long Beach, California 90802
Telephone/Fax: (562) 983-7593

Attorney for Wells Fargo Bank, N.A.

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>DOUGLAS WADLEY<br><br><br><br><br><br>Debtor. | Case No.: 16-41393<br>Chapter 13<br>R.S. No.: ETL-1579<br><br>**DECLARATION OF ERICA T. LOFTIS IN RESPONSE TO MINUTE ORDER FOLLOWING HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY** |

I, Erica T. Loftis, declare:

1. I am an associate attorney at the law offices of Buckley Madole, P.C. ("BMPC"), counsel of record for Wells Fargo Bank, N.A., Movant to this Motion for Relief from Automatic Stay ("MFR").

2. I am over the age of 18 years old and unless otherwise stated, I make this declaration from my own personal knowledge. If called upon as a witness, I could and would competently testify to the matter set forth in this declaration.

3. I have been practicing law in California since 2008, focusing mainly on creditor rights in bankruptcy. I have been practicing in the Northern District of California since 2008, with a large part of that practice being the drafting and filing of MFRs.

-1-

4. From late July to early August 2016, I transitioned from bankruptcy associate to litigation associate within BMPC. As part of that process I worked with and trained two newly hired attorneys of BMPC in drafting, reviewing and filing necessary pleadings, including MFRs so that I would be able to step into my new role fully.

5. This MFR was drafted by one of the new associates here at BMPC, Nabeel Zuberi, under my instruction. On July 19, 2016, I reviewed the MFR prior to its filing but failed to see the included document, "Order Setting Telephonic Hearing for Relief from Stay."

6. In my experience, this Order Setting Telephonic Hearing for Relief from Stay was a document previously required by Retired Judge Marilyn Morgan and Judge Charles Novack. The document was provided to practitioners with the /s/ signature of the respective Judge as it had been previously approved and requested for use with all MFR filings.

7. As stated in the declaration of Nabeel Zuberi, the newly hired associate that prepared the MFR, he believed it to be a required form, revised to reflect this Court, and put together with the MFR.

8. In my review of a second, subsequent motion prepared by Mr. Zuberi, I saw the Order Setting Telephonic Hearing for Relief from Stay. I explained the form's prior function and instructed it not be used. No further pleadings have been filed in this Court using this Order document.

6. This Order document was included in the instant Motion as a result of my failure to see and remove prior to filing. It was not filed with any intention to reflect an order of this Court but was rather a mistaken revision to a believed required form.

9. I, along with the attorneys at BMPC will be diligent in all future drafting and review of pleadings filed before this Court. It is ensured that this Order shall not be used in any pleading here forward.

///

///

1

I declare under penalty of perjury under the laws of the State of California and the

2

United States of America that the foregoing is true and correct.

3

Executed this 31st day of August, 2016 at Long Beach, California.

4

5

6

ERICA T. LOFTIS

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

1   Mark D. Estle, SBN 135004
    Mark.Estle@BuckleyMadole.com
2   Erica T. Loftis, SBN 259286
    Erica.Loftis@BuckleyMadole.com
    **Buckley Madole, P.C.**
3   12526 High Bluff Drive, Suite 238
    San Diego, CA 92130
4   Telephone: 858-720-0890
    Fax: 858-720-0092

5   Attorneys for Wells Fargo Bank, N.A.

6

7                    **UNITED STATES BANKRUPTCY COURT**

8       **FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

9

10  In re:                              Case No. 16-41393
                                        Chapter 13
11                                      R.S. No.: ETL-1579

        DOUGLAS WADLEY                  **DECLARATION OF NABEEL M. ZUBERI**
12                                      **IN RESPONSE TO MINUTE ORDER**
                                        **FOLLOWING HEARING ON MOTION**
13                                      **FOR RELIEF FROM AUTOMATIC STAY**

14                   Debtor.

15

        I, Nabeel M. Zuberi, declare as follows:
16
            1.      I am an attorney at law duly licensed to practice in the state of California since
17
    December 2013, and an associate attorney at the law firm of Buckley Madole, P.C. since July
18
    2016.  Prior to July 2016, I practiced exclusively in the Eastern District of California since being
19
    admitted to the State Bar of California.  Unless otherwise stated, I make this declaration from my
20
    own personal knowledge and if called as a witness, I could and would competently testify to the
    matter set forth in this declaration.
21
            2.      On July 15, 2016, I prepared the Motion for Relief from Stay that is the subject of
22
    the instant order to show cause, and identified as R.S. No. ETL-1579 and Docket No. 33
23
    ("Motion for Relief").  Given that I had not previously prepared any pleadings for filing in the
24
    Northern District, I used a template to assist me in drafting the Motion for Relief.  Among the

                                        -1-

documents in the template was the "Order Setting Telephonic Hearing For Relief From Stay", which included a bankruptcy judge's electronic signature. I mistakenly assumed that such orders are to be filed as a matter of course in the Northern District, and proceeded to prepare a form of the same to be filed with the Motion for Relief. I then submitted the Motion for Relief to Erica T. Loftis for her review and approval.

3.     In light of the results of the hearing on the Motion for Relief and the instant order to show cause, I am now aware that I was using an outdated template when I prepared the Motion for Relief, and that the Order Setting Telephonic Hearing for Relief From Stay is an obsolete form that was used by another department, in another division of this Court. I will take all reasonable steps to make certain that any future pleadings I prepare for filing before this Court, or any other court, do not include such an order.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 31th day of July 2016 at Long Beach, California.

NABEEL M. ZUBERI, Declarant

DECLARATION IN RESPONSE TO MINUTE ORDER

5879-3508