

Erica T. Loftis, SBN 259286
Dane W. Exnowski, SBN 281996
Buckley Madole, P.C.
12526 High Bluff Drive, Suite 238
San Diego, CA 92130
Telephone: 858-720-0890
Fax: 858-720-0092
Erica.Loftis@BuckleyMadole.com
BK.CA@BuckleyMadole.com

Attorney for Wells Fargo Bank, N.A.

The following constitutes
the order of the court. Signed January 4, 2017

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

In re:

Douglas Wadley

Debtor.

Case No. 16-41393

Chapter 13

R.S. No. ETL-1579

**ORDER DENYING MOTION FOR IN REM RELIEF FROM AUTOMATIC STAY**

Hearing:
Date:  August 31, 2016
Time:  1:30 p.m.
Place: Courtroom 201
       1300 Clay Street, 2nd floor
       Oakland, CA 94612

A Motion for Relief from the Automatic Stay, including in rem relief, (the "Motion") was noticed in the within matter and filed by Wells Fargo Bank, N.A. ("Movant") on August 16, 2016 as docket entry number #33, with Notice of Hearing on Motion as docket entry number #34. Based upon review of the Motion and all pleadings and evidence in support thereof, and good cause appearing, the Court hereby makes its Order as follows:

///

///

///

**IT IS HEREBY ORDERED THAT:**

1. This Order pertains to the real property commonly known as: 465 479 35th Street, Richmond, California 94805 (the "Property").

2. The Motion is denied its entirety, without prejudice.

**END OF ORDER**

COURT SERVICE LIST